UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          14 PM 1:32

Shaundese P. Montgomery          18 CV 10717

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

CV          (  ) (  )

-against-

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

Jade Zayas, Heather Connell
Brian guerriere, the millum group.

(full name(s) of the defendant(s)/respondent(s))

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-14-18

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1. *Are you incarcerated?*          ☐ Yes      ☑ No     (If "No," go to Question 2.)

    I am being held at:          _____

    Do you receive any payment from this institution?  ☐ Yes   ☑ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
    directing the facility where I am incarcerated to deduct the filing fee from my account in installments
    and to send to the Court certified copies of my account statements for the past six months. *See* 28
    U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?     ☑ Yes       ☐ No

    If "yes," my employer's name and address are: Department of Corrections (poc)

    Gross monthly pay or wages: 2,500 _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: 2,500 _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

    (a) Business, profession, or other self-employment          ☐ Yes      ☐ No
    (b) Rent payments, interest, or dividends                    ☑ Yes      ☐ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments ☑ Yes ☐ No

(d) Disability or worker's compensation payments ☐ Yes ☐ No

(e) Gifts or inheritances ☐ Yes ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☐ No

(g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?
   nothing at the moment

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:
   N/A

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:
   rent monthly 1,400    utilies $200 monthly
   loan payment 100 monthly   childcare $350 biweekly

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):
   ZC my daughter is 10 months  i provide for hr

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:
   yes credit cards $3,000
   loan 4,500

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

11/14/18
Dated

Shawndese Montgomry
Signature

Montgomery, Shawndese p.
Name (Last, First, MI)

Prison Identification # (if incarcerated)

831 gerad Ave Apt 6B  Bronx NY 10451
Address          City          State   Zip Code

646-234-8610
Telephone Number

Shawndese Montgomery@gmail.com
E-mail Address (if available)

IFP Application, page 2